CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 5 2006

JOHN F. CORCORAN, CLERK
BY:
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY A. MCCLELLAN, # 338295,<br>    Plaintiff, | Civil Action No. 7:06cv00426 |
| v. | **FINAL ORDER** |
| WARDEN K. BASSETT,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

Plaintiff is hereby **ADVISED** that this dismissal constitutes a third "strike" pursuant to 28 U.S.C. §1915(g).[1] Accordingly, McClellan is hereby **NOTIFIED** that he cannot file any future civil actions without prepayment of the $ 350.00 fee required for filing civil actions unless he demonstrates that he is "under imminent danger of serious physical injury." § 1915(g).

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 27th day of July, 2006.

_____
United States District Judge

---

[1] See McClellan v. Smith, Civil Action No. 7:97cv00087 (W.D. Va. Feb. 6, 1997) and McClellan v. Smith, Civil Action No. 7:96cv01004 (W.D. Va. Dec. 23, 1996).